# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0027. CARDEREEZ HOWARD v. THE STATE.**

The Appellant in the above-styled case, pursuant to Court Rule 40(b), has filed an emergency motion entitled Motion For Extension For Time To File Application For Discretionary Appeal.  Pursuant to Court Rules 16(c) and 31(i), said motion is hereby GRANTED.  The Application is due on or before February 19, 2021.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/20/2021*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*